## MOTION AND PROCEDURAL RULINGS

**2009–1368. Hance v. Allstate Ins. Co.**
Clermont App. No. CA2008–10–094, 2009-Ohio-2809. On July 29, 2009, appellant filed a notice of

pending motion to certify a conflict. Whereas appellant has not notified this court of the decision on the pending motion to certify a conflict,

It is ordered by the court, sua sponte, that appellant show cause within 14 days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).